UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

3

Donald Lee James II
Plaintiff(s),

v.

Catherine S. Bauman
Defendant(s).

Case No. 2018-CV-10972

Judge Hon. David M. Lawson

Magistrate Judge Hon. R. Steven Whalen

## NOTICE OF APPEAL

Notice is hereby given that __Donald Lee James II__ [Name of Party] appeals to the United States Court of Appeals for the Sixth Circuit from the: ☑ Judgment ☐ Order

☐ Other: _____

entered in this action on __May 4th, 2022__ [Date].

Date: __May 31st, 2022__

Counsel is: __Pro Se__ [CJA, FDO, pro se, pro bono, retained, U.S.Atty]

Signature: __Donald L. James II__

Bar No.: __N/A__

Street Address: __4269 W. M-80__

City, State Zip Code: __Kincheloe, MI 49784__

Telephone Number: __N/A__

Primary Email Address: __N/A__

Appellant: Please file this form with the District Court Clerk's Office. If you are paying the filing fee, please make your $505.00 check payable to: Clerk, U.S. District Court.

Donald Lee James II
Petitioner

v.

Catherine S. Bauman,
Defendant

Case No. 2018-cv-10972
Judge. Hon. David M. Lawson
Magistrate judge. Hon. R. Steven Whalen

Date - 5-31-22

RE: Request for Court Clerk to accept the Notice of Appeal as timely filed; and Application to proceed in District Court without Prepaying Fees or Cost

Dear, Court Clerk

  Please find attached with this letter a timely filed "Notice of Appeal" by Donald Lee James II petitioner in the above action.. As well as a "Application to proceed in District Court without Prepaying Fees or Cost," Petitioner ask that this Court allows petitioner to file these items while he awaits a Certified copy of his Prison Trust account. Petitioner will forward such Certified statement as soon as the facility provides him with one. Petitioner asserts he is unable to pay the cost of filing because he is indigent and believes he is entitled to redress. If you have any questions please feel free to contact me via postage. At

Donald Lee. James II
MDOC # 931362
Chippewa Corr. Facility
4269 W. M-80
Kincheloe, MI 49784

Sincerely, Donald James II

Donald Lee James II
MDOC #931362
Chippewa Correctional Facility
4269 W. M-80
Kincheloe, MI 49784

US POSTAGE ~ PITNEY BOWES
ZIP 49788 $ 001.36⁰
02 4W
0000372921 JUN 01 2022
6/1/22

United States Courthouse
Attn: Court Clerk's office
231 W. Lafayette Blvd.
Detroit, MI 48226

RECEIVED
JUN - 6 2022
CLERK'S OFFICE
U.S. DISTRICT COURT